FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 3:04CR30004-001 |
|---|---|---|---|
| | | SEP 06 2013 JAMES N. HATTEN, CLERK By: _____ Deputy Clerk | DOCKET NUMBER (Rec. Court) 1:13-cr-365-TWT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ROOSEVELT ARCHIE 612 Las Varas Court Stone Mountain, GA 30083 | DISTRICT DISTRICT OF MASSACHUSETTS | DIVISION Springfield |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael A. Ponsor | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 23, 2010 — TO December 22, 2016 |

**OFFENSE**

Armed Career Criminal 18:924E.F Class A Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-20-12
Date

*Michael B. Ponsor*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Georgia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/15/13
Effective Date

*Thomas W. Thrash*
United States District Judge